# EXHIBIT A

**From:** JBELaw <JBELaw@aol.com>
**To:** jbelaw <jbelaw@aol.com>
**Subject:** Fwd: King-GMAC Answer
**Date:** Thu, Aug 2, 2012 3:55 pm

From: wwalsh@acdlawfirm.com
To: jbelaw@aol.com
Sent: 5/18/2012 3:31:44 P.M. Eastern Daylight Time
Subj: RE: King-GMAC Answer

John:

No I intend to proceed with the eviction. As I have said before, judge McConnell's order only applies to the federal cases before him. His order does not, and cannot, affect an action in state court. I have a case pending in the federal court before him which deals with the exact issue.

I trust that I will see you Monday.

Bill



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Friday, May 18, 2012 2:00 PM
**To:** William Walsh

**Subject:** RE: King-GMAC Answer

Bill

I have filed a federal court case for my client today at130 pm
The case number is 12-382

I will scan over and send to you

Please confirm that you will comply with the stay and not proceed in Districr Court on Monday

Please advise

John Ennis

-----Original Message-----
From: William Walsh <wwalsh@acdlawfirm.com>
To: jbelaw <jbelaw@aol.com>
Sent: 09-May-2012 08:12:34 +0000
Subject: RE: King-GMAC Answer

John:

As we did not receive an answer, I filed a motion to enter a default judgment. It is down for hearing on 5/21/12. A copy of that motion was sent to your client. I am now filing a motion to assign this matter for a trial on that date.

Attached is a copy of the motion to assign. The hard copy is in the mail.

Bill



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

**From:** jbelaw@aol.com [mailto:jbelaw@aol.com]
**Sent:** Monday, May 07, 2012 3:30 PM
**To:** William Walsh
**Subject:** King-GMAC Answer

# EXHIBIT B

**From:** JBELaw <JBELaw@aol.com>
**To:** jbelaw <jbelaw@aol.com>
**Subject:** Fwd: Very King Case
**Date:** Thu, Aug 2, 2012 3:56 pm

---

From: wwalsh@acdlawfirm.com
To: jbelaw@aol.com
Sent: 5/18/2012 3:46:00 P.M. Eastern Daylight Time
Subj: RE: Very King Case

Our e-mail messages "crossed in the mail". I got documents but I see no service of the papers on my client? Did you serve the defendant? Advise.

I am proceeding with the eviction on Monday.

Bill



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Friday, May 18, 2012 3:30 PM
**To:** William Walsh
**Subject:** Very King Case

Dear Bill:

Enclosed is the case documentation on Deborah Very King.

Please confirm receipt and your acknowledgment that you will not be proceeding on Monday in 4th Division

John Ennis

# EXHIBIT C

**From:** William Walsh <wwalsh@acdlawfirm.com>
**To:** JBELAW <jbelaw@aol.com>
**Subject:** RE: Very King
**Date:** Wed, Jul 25, 2012 2:12 pm

John:

I read the order from the USBC (SDNY). The Plaintiff is able to proceed with a trial on this matter in 4th Division District. Judge McConnell has no authority to interfere with a state court proceeding. Judge McCaffrey has already stated that McConnell's order has no bearing on her. I intend to file a motion to assign for a trial. However, it will not be a trial, per se. She treats the trial date as a pretrial date and then will later decide on a date for trial.

Bill



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

**From:** William Walsh
**Sent:** Thursday, June 14, 2012 11:46 AM
**To:** 'JBELAW'
**Subject:** RE: Very King

Yes at this time. I am awaiting word from bankruptcy attorney as to what GMAC can do.



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Thursday, June 14, 2012 9:37 AM
**To:** William Walsh
**Subject:** Re: Very King


Bill:

Aer you stil agreeable to withdrawing the Motion to Assign?

I was out of RI for 5 days.

Please advise

John Ennis




-----Original Message-----
From: William Walsh <wwalsh@acdlawfirm.com>
To: JBELAW <jbelaw@aol.com>
Sent: Tue, Jun 5, 2012 9:06 am
Subject: RE: Very King

Yes or I can call the clerk and tell her to take it off the list.



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Monday, June 04, 2012 6:37 PM
**To:** William Walsh
**Subject:** Re: Very King

Can we do a stipulation that the Motion to Assign is withdrawn?

-----Original Message-----
From: William Walsh <wwalsh@acdlawfirm.com>
To: JBELAW <jbelaw@aol.com>
Sent: Mon, Jun 4, 2012 5:36 pm
Subject: RE: Very King

I will pass on the motion that is down now. However, I will not commit myself to your stated "agreement". From what I read it appears that the BK court will allow GMAC to proceed with evictions and allow tenants to file and prosecute counter claims. I will await further contact form the attorney in NY to verify my conclusion. Apparently nothing is set in stone until 6/12/12. Also as I indicated earlier I am not the attorney for GMAC in the federal court. I will need to discuss with someone at GMAC. I thought that you were cancelling any meeting with Judge McConnell. At this point it is unnecessary.

Bill



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Monday, June 04, 2012 5:15 PM
**To:** William Walsh
**Subject:** Very King


Please advise if your client will agree to abide by Judge mcConnell's stay and not seek to assign this matter to trial. I need to know this by tomorrow morning to avoid going to the Court at 2:30 to seek relief.

John Ennis

# EXHIBIT D

**From:** William Walsh <wwalsh@acdlawfirm.com>
**To:** JBELAW <jbelaw@aol.com>
**Subject:** RE: Very King
**Date:** Wed, Jul 25, 2012 4:06 pm

That is a loaded statement. How is the judge <u>not</u> interfering with a properly filed case in the state district court?  Interestingly judge McCaffrey does not agree with you and has stated that Judge McConnell has no authority over her.

Also, has your client done anything with the special master in the federal case? is sh paying any use an occupancy?

Please advise.

Bill



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Wednesday, July 25, 2012 2:22 PM
**To:** William Walsh
**Subject:** Re: Very King

   I will file a Motion with Judge McConnell.  He is not staying the Court. He is staying your client and indirectly you from proceeding. I will send you over  the Motion if you file a Motion to Assign.  Please advise if you wish to create a situation in which your client is sanctioned.

John

-----Original Message-----
From: William Walsh <wwalsh@acdlawfirm.com>
To: JBELAW <jbelaw@aol.com>
Sent: Wed, Jul 25, 2012 2:12 pm
Subject: RE: Very King

John:

I read the order from the USBC (SDNY). The Plaintiff is able to proceed with a trial on this matter in 4th Division District. Judge McConnell has no authority to interfere with a state court proceeding. Judge McCaffrey has already stated that McConnell's order has no bearing on her. I intend to file a motion to assign for a trial. However, it will not be a trial, per se. She treats the trial date as a pretrial date and then will later decide on a date for trial.

Bill



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

From: William Walsh
Sent: Thursday, June 14, 2012 11:46 AM
To: 'JBELAW'
Subject: RE: Very King

Yes at this time. I am awaiting word from bankruptcy attorney as to what GMAC can do.



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Thursday, June 14, 2012 9:37 AM
**To:** William Walsh
**Subject:** Re: Very King


Bill:

Aer you stil agreeable to withdrawing the Motion to Assign?

I was out of RI for 5 days.

Please advise

John Ennis




-----Original Message-----
From: William Walsh <wwalsh@acdlawfirm.com>
To: JBELAW <jbelaw@aol.com>
Sent: Tue, Jun 5, 2012 9:06 am
Subject: RE: Very King

Yes or I can call the clerk and tell her to take it off the list.



LAW OFFICES OF
JAMES J. CARUOLO

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Monday, June 04, 2012 6:37 PM
**To:** William Walsh
**Subject:** Re: Very King


Can we do a stipulation that the Motion to Assign is withdrawn?




-----Original Message-----
From: William Walsh <wwalsh@acdlawfirm.com>
To: JBELAW <jbelaw@aol.com>
Sent: Mon, Jun 4, 2012 5:36 pm
Subject: RE: Very King

I will pass on the motion that is down now. However, I will not commit myself to your stated "agreement". From what I read it appears that the BK court will allow GMAC to proceed with evictions and allow tenants to file and prosecute counter claims. I will await further contact form the attorney in NY to verify my conclusion. Apparently nothing is set in stone until 6/12/12. Also as I indicated earlier I am not the attorney for GMAC in the federal court. I will need to discuss with someone at GMAC. I thought that you were cancelling any meeting with Judge McConnell. At this point it is unnecessary.

Bill



**LAW OFFICES OF**
**JAMES J. CARUOLO**

William M. Walsh, Esq.

Law Offices of James J. Caruolo

33 College Hill Road, Bldg. 15C

Warwick, RI 02886

(401) 828-7100 - Phone

(401) 828-7102 - Fax

---

**From:** JBELAW [mailto:jbelaw@aol.com]
**Sent:** Monday, June 04, 2012 5:15 PM
**To:** William Walsh
**Subject:** Very King


Please advise if your client will agree to abide by Judge mcConnell's stay and not seek to assign this matter to trial. I need to know this by tomorrow morning to avoid going to the Court at 2:30 to seek relief.

John Ennis

# EXHIBIT E

STATE OF RHODE ISLAND                    DISTRICT COURT
WASHINGTON, SC                           FOURTH DIVISION

GMAC Mortgage, LLC                  }
     Plaintiff                     }
vs.                                 }         C.A. No. 12-CA-211
                                    }
DEBORAH KING                        }
     Defendant                     }
                                    }

## MOTION TO ASSIGN

     Now comes the Plaintiff in the above entitled matter and hereby moves that this court enter an order assigning this matter for trial. The Plaintiff requests that this court designate **August 27, 2012** as the trial date.

                        Plaintiff,
                        By Its Attorney,

                        William M. Walsh, Esq. #1773
                        The Law Offices of James J. Caruolo
                        33 College Hill Road, Bldg. 15C
                        Warwick, RI 02886
                        (401) 828-7100 (Phone)
                        (401) 828-7102 (Fax)

## NOTICE

     The above captioned Motion to Assign this matter for trial will be called for a hearing before a judge of this court on **August 20, 2012 at 9:00 a.m.** or soon thereafter as counsel may be heard if an objection is timely filed. If no objection is timely filed, then the motion will be deemed granted by Rule of Court.

## CERTIFICATION

     I hereby certify that I mailed and faxed a copy of the within Motion to Assign to John B. Ennis, Esq, Law Office of John Ennis, 1200 Reservoir Avenue, Cranston, RI 02920 on this 25th day of July, 2012.